# EXHIBIT 1

# **EXHIBIT REDACTED**