# EXHIBIT 19

Case 4:24-cr-00001-EWH-LRL    Document 181-3    Filed 01/29/25    Page 1 of 2 PageID# 1588

